ROBERT E. BOONE III (CA Bar No. 132780)
JENNIFER A. JACKSON (CA Bar No. 192998)
KAMAO C. SHAW (CA Bar No. 253350)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
e-mail: reboone@bryancave.com
jjackson@bryancave.com
kamao.shaw@bryancave.com

Attorneys for Defendant
COUNTRYWIDE BANK, FSB
(formerly known as Countrywide Bank, N.A.,
formerly known as Treasury Bank, N.A.)

JS 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. KRATZ, an individual; MICHELLE D. KRATZ, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE BANK, a division of TREASURY BANK, N.A.; et al.,<br><br>Defendants. | Case No. CV08-01233 DSF (OPx)<br><br>Assigned to Hon. Dale S. Fischer<br><br>**JUDGMENT IN FAVOR OF COUNTRYWIDE BANK, FSB**<br><br>Complaint Filed: February 22, 2008<br>Trial: August 11, 2009 |

1  Whereas, on April 28, 2009, the Court entered an order GRANTING the
2  Motion of defendant Countrywide Bank, FSB ("Countrywide") for Partial Summary
3  Judgment and dismissing the claims of plaintiffs David and Michelle Kratz
4  ("Plaintiffs") against Countrywide for damages under the Truth In Lending Act, 15
5  U.S.C. § 1640 ("TILA"), based on Countrywide's alleged failure to provide the
6  required number of completed copies of the notice of Plaintiffs' right to rescind their
7  February 2005 loan and alleged failure to disclose an appraisal fee; fraud; violation
8  of California Business & Professions Code § 17200; violation of California
9  Business & Professions Code § 17500; and breach of fiduciary duty [Docket No.
10 87];

11  Whereas, the only claims remaining against Countrywide following the entry
12 of partial summary judgment in favor of Countrywide are (1) a claim for rescission
13 under TILA based on Countrywide's alleged failure to provide the required number
14 of completed copies of the notice of Plaintiffs' right to rescind, and (2) a claim for
15 damages under TILA based on Countrywide's alleged failure to accept Plaintiffs'
16 February 2008 rescission demand;

17  Whereas, on September 21, 2009, the Court entered its Findings of Fact and
18 Conclusions of Law ("Findings and Conclusions") [Docket No. 138];

19  Whereas, the Findings and Conclusions state that if Plaintiffs fail to tender the
20 cash proceeds of their Countrywide loan, less payments made, to Countrywide
21 within 60 days of entry of the Findings and Conclusions, or by November 20, 2009,
22 then judgment shall be entered in favor of Countrywide and against Plaintiffs on
23 Plaintiffs' remaining claims for rescission and damages under TILA;

24  Whereas, Plaintiffs failed to tender the cash proceeds of their loan, less
25 payments made, to Countrywide by November 20, 2009;

26  IT IS THEREFORE ORDERED AND ADJUDGED that:

27  All claims in Plaintiffs' Second Amended Complaint are dismissed as against
28 Countrywide.  Judgment is hereby entered in favor of Countrywide and against

1 | Plaintiffs on all claims.  Countrywide is entitled to recover its costs and fees as
2 | permitted by law.
3 |
4 |
5 | DATED:  _12/4/09_____          _/s/ Dale S. Fischer_____
                                            Honorable Dale S. Fischer